■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BELLAMY, Appellant. [23 NYS3d 926]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered December 17, 2012. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Peradotto, Carni, Lindley and DeJoseph, JJ.

■ JOHN M. HOLMES, Respondent, v MICHAEL A. FIORE et al., Appellants, and WYATT T. HOLMES, Respondent. [24 NYS3d 562]—Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered December 22, 2014. The order and judgment, among other things, denied the motion of defendants Michael A. Fiore and City of Utica seeking summary judgment dismissing the second amended complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Peradotto, Carni, Lindley and DeJoseph, JJ.